RASTUS S. RANSOM et al., Respondents, *v.* ROBERT L. CUTTING, Appellant, and FARMERS' LOAN AND TRUST COMPANY, Respondent.

Reported below, 112 App. Div. 150.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the appeal was from a unanimous judgment of affirmance in an action to recover for services; that permission to appeal had not been given and no questions of law were involved that could be reviewed.

*Mahlon A. Freeman* for motion.

*Robert L. Cutting* opposed.

Motion denied, with ten dollars costs.